1

2

3

4

5

6

FILED

08 JUL 23 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KNH    DEPUTY

7          UNITED STATES DISTRICT COURT

8          SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2422    WQH

9  UNITED STATES OF AMERICA,          )    Criminal Case No. _____
10                                     )
                       Plaintiff,      )
11                                     )
         v.                            )    NOTICE OF RELATED CASE
12                                     )
   PEDRO MERGIL-VARGAS,                )
13                                     )
                       Defendant.      )
14  _____)

15  TO THE CLERK OF THE COURT:

16       Please take notice that the above-entitled case is related to

17  United States of America v. Pedro Mergil-Vargas, Criminal Case

18  No. 08CR2170-WQH.

19       DATED: July 23, 2008.

20                                     KAREN P. HEWITT
                                       United States Attorney
21

22

23                                     CARLA J. BRESSLER
                                       Assistant U.S. Attorney
24

25

26

27

28

